# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon Von Holten | ) No. CV-04-2785 PHX DGC (JI) |
| Petitioner, | ) **ORDER** |
| v. | ) |
| Dora B. Schriro, et al., | ) |
| Respondents. | ) |

Pending before the Court are Petitioner Jon Von Holten's amended petition for writ of habeas corpus and United States Magistrate Judge Jay R. Irwin's Report and Recommendation ("R&R"). Dkt. ##10, 23. The R&R recommends that the Court dismiss with prejudice Grounds One, Two, Four, Five and Seven and deny Grounds Three and Six of the amended petition. Dkt. #23 at 33. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 33 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and dismiss the

amended petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Jay R. Irwin's R&R (Dkt. #23) is **accepted**.

2. Petitioner Jon Von Holten's amended petition for writ of habeas corpus (Dkt. #10) is **dismissed**.

3. The Clerk of Court shall **terminate** this action.

DATED this 22nd day of November, 2006.

_____
David G. Campbell
United States District Judge